

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2021

No. 04-20-00471-CV

Kevin **MILLER** as agent for Miller & Bicklein,
Appellant

v.

Kim **TINDALL** & Associates, LLC,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-01799
Honorable Laura Salinas, Judge Presiding

# O R D E R

Sitting:  Patricia O. Alvarez, Justice
     Luz Elena D. Chapa, Justice
     Lori I. Valenzuela, Justice

On September 2, 2021, appellant moved for rehearing of this court's August 18, 2021 decision. Having fully considered appellant's motion for rehearing, we DENY the motion for rehearing.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of September, 2021.

_____
Michael A. Cruz,
Clerk of Court